**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JOHNNY WILEY,**
**ADC #089897**                                                                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 2:08cv0029 BSM/BD**

**GREEN, et al**                                                                                               **DEFENDANTS**

## ORDER

The court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have filed no objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

The court GRANTS Plaintiff's motion to correct or amend his complaint (#21). All claims against Sgt. Brooks and Sgt. Westbrook are DISMISSED without prejudice. Warden Greg Harmon is added as a Defendant. Finally, Defendant Westbrook's motion to dismiss, or in the alternative, motion for summary judgment (#19), is DENIED as moot.

IT IS SO ORDERED this 29th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE