IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHNNY WILEY
ADC #089897                                                                                      PLAINTIFF

V.                              CASE NO. 2:08cv0029-BSM-BD

GREEN *et. al*                                                                                  DEFENDANTS

## ORDER

Plaintiff filed a pro se Complaint (docket entry #2) under 42 U.S.C. § 1983 on March 10, 2008, and was granted leave to proceed *in forma pauperis* on March 24, 2008 (#6). Service of process is now appropriate for Greg Harmon, Warden, and Loretha Bell, Sergeant.

Mr. Harmon was added as a Defendant by Order (#28) of May 29, 2008. Ms. Bell was identified in Plaintiff's Complaint only by last name and title, "Corpal" at East Arkansas Regional Unit ("EARU"). In accordance with a Court Order, the ADC filed a notice listing three EARU employees with the surname of "Bell" (#27). Since two are employed in Food Production Management, the Court has determined that Plaintiff's claims are against the remaining listed employee, "Loretha Bell, Sgt."

The Clerk of Court is directed to prepare a summons for each of these Defendants, and the United States Marshal is directed to serve copies of the Complaint with any attachments (#2) and the Amended Complaint (#21) and a summons for each Defendant through the Compliance Division of the Arkansas Department of Correction, P.O. Box

1

20550, Pine Bluff, Arkansas 71612, without prepayment of fees and costs or security. Should Defendants need copies of other filed documents, they are available from the Clerk's office or may be accessed through the CM/ECF system for the United States District Court.

The Clerk is further directed to update the docket listing to reflect the full names of Defendants Charlotte Green and Ella Taylor as indicated in their recent motion.

IT IS SO ORDERED this 15th day of July, 2008.

```
                          _____
                          UNITED STATES MAGISTRATE JUDGE
```