**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JOHNNY WILEY**
**ADC #089897**                                                                     **PLAINTIFF**

**V.**                     **CASE NO. 2:08cv0029 BSM/BD**

**CHARLOTTE GREEN** *et. al.*                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 10th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE